**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Bernal Cota, | No. CV-16-03356-PHX-DJH |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| Ryan Thornell, et al.,[1] | |
| Respondents. | |

On June 5, 2018, the Court ordered the Clerk of the Arizona Supreme Court to transmit to this Court a certified copy of Petitioner's entire state court record: Arizona Supreme Court Nos. CR-09-0218-AP and CR 15-0197-PC, Maricopa County Superior Court CR 2004-06577 and CR 2004-05648 (consolidated), and any related Rule 32 proceedings. (Doc. 45.) A prior order had noted that, "In the ordinary case, this record will include the pretrial, trial, and sentencing transcripts as well as the complete record on appeal from the superior court." (Doc. 5.) The earlier order also directed Respondents to provide the Court with "any part of the record not transmitted by the Arizona Supreme Court." (*Id.*)

---

[1] Under Federal Rule of Civil Procedure 25(d), Ryan Thornell, the Director of the Arizona Department of Corrections, Rehabilitation & Reentry, is substituted for the former Director, David Shinn.

On June 26, 2018, the Court received a CD purporting to contain the state court record, including 111 transcripts. (Doc. 48.) A review of the CD, however, reveals that only a handful of transcripts was provided.[2]

Accordingly, to ensure a complete review and adjudication of the issues in this capital habeas case,

**IT IS ORDERED** that, within **14 days** of this Order's filing date, Respondents shall file a certified copy of the transcripts in Arizona Supreme Court Nos. CR-09-0218-AP and CR 15-0197-PC, Maricopa County Superior Court CR 2004-06577 and CR 2004-05648 (consolidated), and any related Rule 32 proceedings. The transcripts shall be filed in separate folders and labeled clearly by date.

Dated this 26th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge

---

[2] The CD contains 15 transcripts, out of chronological order, found in a folder entitled "Post Conviction Relief"\"Supreme Court"\"Briefs." The transcripts are for the following trial dates: 4/6/09; 4/8/09; 4/14/09; 4/23/09; 4/27/09; 5/11/09; 5/13/09; 7/28/09; 7/29/09; 8/3/09; 8/4/09; 8/5/09; and 8/6/09.